UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **MAXWELL GOODLUCK et al.,** | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) ) | Case No. 21-cv-01530 (APM) |
| **JOSEPH R. BIDEN, JR. et al.,** | ) ) ) | |
| Defendants. | ) ) ) | |

# ORDER

The schedule for the consolidated motions hearing on July 19, 2021, at 1:00 p.m., shall be as follows:

I. <u>Justiciability</u>. First, the court will hear the parties' arguments concerning mootness, standing, and principles of non-reviewability.

   A. The parties to *Goh v. U.S. Dep't of State*, No. 21-cv-999, *Filazapovich v. Dep't of State*, No. 21-cv-943, and *Goodluck v. Biden*, No. 21-cv-1530 (the "DV 2021 Cases") will proceed first with 30 minutes of argument on these issues.

   B. The parties to *Gomez v. Biden*, No. 20-cv-1419, *Mohammed v. Blinken*, No. 20-cv-1856, *Aker v. Biden*, No. 20-cv-1926, *Fonjong v. Biden*, No. 20-cv-2128, and *Kennedy v. Biden*, No. 20-cv-2639 (the "DV 2020 Cases") will then have 30 minutes of argument on these issues.

II. <u>The Proper Interpretation of 8 U.S.C. § 1182(f) and Unreasonable Delay Claims.</u> Second, the court will hear the parties' arguments regarding the proper interpretation of 8 U.S.C. § 1182(f) and the Plaintiffs' unreasonable delay and/or withholding claims.

   A. The parties to the DV 2021 Cases will proceed first with 25 minutes of argument on these issues.

   B. The parties to the DV 2020 Cases will then have 25 minutes of argument on these issues.

III. <u>Additional, Case-Specific Claims</u>.  Third, the court will hear the parties' arguments on any claims that are unique to any of the consolidated cases that are not separately enumerated in this Order, including any additional challenges under the Administrative Procedure Act.

    A. The parties to the DV 2021 Cases will proceed first with 30 minutes of argument on such issues.

    B. The parties to the DV 2020 Cases will then have 30 minutes of argument on such issues.

IV. <u>Relief</u>.  Finally, the court will hear the parties' arguments on the appropriate relief to which Plaintiffs are entitled if the court finds in their favor.

    A. The parties to the DV 2021 Cases will proceed first with 15 minutes of argument on these issues.

    B. The parties to the DV 2020 Cases will then have 15 minutes of argument on these issues.

The court will take a brief recess between the second and third issues.  The court encourages counsel for each side to confer with one another and designate one counsel to lead argument for each of the four topics wherever possible.

Dated: July 15, 2021

Amit P. Mehta
United States District Court Judge