UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAXWELL GOODLUCK et al., <br><br> Plaintiffs, <br><br> v. <br><br> JOSEPH R. BIDEN, JR. et al., <br><br> Defendants. | Case No. 21-cv-1530-APM |
| JANAN VARGHESE JACOB et al., <br><br> Plaintiffs, <br><br> v. <br><br> JOSEPH R. BIDEN, JR. et al., <br><br> Defendants. | Case No. 21-cv-1874-APM |
| SIARHEI FILAZAPOVICH et al., <br><br> Plaintiffs, <br><br> v. <br><br> DEPARTMENT OF STATE et al., <br><br> Defendants. | Case No. 21-cv-943-APM |

| | |
|---|---|
| SALAM S. NORI KAMOONA et al., <br><br> Plaintiffs, <br><br> v. <br><br> JOSEPH R. BIDEN, JR. et al., <br><br> Defendants. | Case No. 21-cv-2228-APM |
| HABIB KASSAIAN et al., <br><br> Plaintiffs, <br><br> v. <br><br> JOSEPH R. BIDEN, JR. et al., <br><br> Defendants. | Case No. 21-cv-2033-APM |
| ABROR DJURAEV, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DEPARTMENT OF STATE et al., <br><br> Defendants. | Case No. 21-cv-2071-APM |

**ORDER**

The court orders the following with regard to further proceedings in this matter:

A. Plaintiffs' Consolidated Complaint shall be filed on or before **October 4, 2021.**

B. Defendants shall file the Certified Administrative Record on or before **October 11, 2021.**

C.  Defendants' consolidated motion for summary judgment shall be filed on or before **November 19, 2021**. The brief shall be limited to **65** pages.

D.  Plaintiffs' consolidated opposition to Defendants' motion for summary judgment and cross-motion for summary judgment shall be filed on or before **December 19, 2021.** The brief shall be limited to **65** pages.

E.  Defendants' consolidated reply brief and opposition to Plaintiffs' cross-motion shall be filed on or before **January 21, 2021.**  The brief shall be limited to **40** pages.

F.  Plaintiffs' consolidated reply brief shall be filed on or before **February 18, 2021**. The brief shall be limited to **40** pages.

G.  The parties shall file the Joint Appendix, as required by Local Civil Rule 7(n)(l), on or before **February 25, 2021**.

Dated: _____

_____
The Hon. Judge Amit P. Mehta
United States District Judge